# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Ronald Simmons, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                                *Plaintiff,*

                 - against -

Allied Universal Security Services, LLC, and Jean Rene Germain,

                                                 *Defendants.*
------------------------------------------------------------X

Case No.: 22-cv-03526

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

Defendants Allied Universal Security Services, LLC, and Jean Rene Germain, (collectively, the "Defendants"), by their undersigned counsel, agree and stipulate with Plaintiff Ronald Simmons (the "Plaintiff"), by their undersigned counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that no party hereto is an infant or incompetent person for whom a committee has been appointed and no non-party has an interest in the subject matter of the action;

IT IS FURTHER STIPULATED AND AGREED that the settlement agreement executed on or around July 31, 2022 is fair and reasonable, and adequate to redress Plaintiff's claims in this action;

IT IS FURTHER STIPULATED AND AGREED that in accordance with Rule 41 of the Federal Rules of Civil Procedure and *Cheeks v. Freeport Pancake House. Inc.*, 796 F.3d 199 (2d Cir. 2015), this action is dismissed with prejudice in its entirety;

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction over this matter solely for the purposes of enforcement of the parties' settlement agreement; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals;

Dated: New York, New York
August 12, 2022

| LEVIN-EPSTEIN & ASSOCIATES, P.C. | MARTENSON, HASBROUCK & SIMON LLP |
|---|---|
| By: _____ | By: _____ |
| Jason Mizrahi | Evan S. Weiss |
| 60 East 42nd Street, Suite 4700 | 40 Exchange Place, Suite 1502 |
| New York, NY 10165 | New York, New York 10005 |
| Tel. No.: (212) 792-0048 | Tel. No.: (332) 345-2475 |
| Email: Jason@levinepstein.com | Email: eweiss@martensonlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

The Court has reviewed the settlement submissions as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to F.R.C.P. 41(a)(2). However, the Court declines to retain jurisdiction over this matter for the purpose of enforcement of the parties' settlement agreement.

The Clerk of Court is directed to close this case.
SO ORDERED.

Dated: August 17, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge